# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Daedalus Blue LLC,<br><br>          Plaintiff,<br><br>v.<br><br>SZ DJI Technology Co., Ltd., & DJI Europe B.V.,<br><br>          Defendants. | Civil Action No.6:20-cv-00073-ADA<br><br>The Honorable Alan D. Albright<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING AGREED MOTION TO EXTEND SCHEDULING ORDER DEADLINES

After considering the Agreed Motion to Extend Scheduling Order Deadlines, the Court, finding good cause, GRANTS the motion to extend time. Accordingly, the deadlines to the scheduling order (Dkt. No. 56) are extended as follows:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | July 9, 2021 |
| Opening Expert Reports | July 19, 2021 |
| Rebuttal Expert Reports | August 17, 2021 |
| Close of Expert Discovery | August 31, 2021 |
| Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The | September 7, 2021 |

| | |
|---|---|
| parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. | |
| Dispositive motion deadline and *Daubert* motion deadline. | September 10, 2021 |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). | September 24, 2021 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | October 11, 2021 |
| Serve objections to rebuttal disclosures and File Motions *in limine*. | October 18, 2021 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. | October 26, 2021 |
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | October 22, 2021 |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | November 9, 2021 |
| Final Pretrial Conference. | November 12, 2021 |
| Jury Selection/Trial. | December 6, 2021 |

SIGNED this 15th day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE