# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DAEDALUS BLUE LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00073-ADA |
| | § | |
| SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE B.V. | § | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, December 06, 2021 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 29th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE