IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DAEDALUS BLUE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SZ DJI TECHNOLOGY CO., LTD. and<br>DJI EUROPE B.V.,<br><br>    Defendants. | CIVIL ACTION NO. 6:20-CV-00073-ADA<br><br>**JURY TRIAL DEMANDED** |

**PRETRIAL CONFERENCE OMNIBUS ORDER**

Having reviewed the submissions of the parties and having heard argument from the parties, the Court now ORDERS as follows:

1. Daedalus Blue's Motions *in Limine* regarding IPR evidence (Dkt. Nos. 138-139) have not yet been ruled on, and are taken under advisement.

2. DJI's motion for summary judgment (Dkt. No. 99) is DENIED.

3. Daedalus Blue's *Daubert* motion regarding Mr. Bakewell (Dkt. No. 97) is DENIED.

4. DJI's *Daubert* motion regarding Mr. Pellegrino (Dkt. No. 101) is GRANTED. *See* Dkt. No. 171.

5. Daedalus Blue's *Daubert* motion regarding Dr. Nourbakhsh (Dkt. No. 96) is DENIED.

6. DJI's motion to strike the supplemental expert report of Mr. Pellegrino (Dkt. No. 98) is GRANTED. *See* Dkt. No. 171.

7. DJI's motion to strike opinions and testimony of Mr. Myers on infringement theories based on Litchi and doctrine of equivalents (Dkt. No. 100) is GRANTED.

8. DJI's Motions *in Limine* #1-3, 8, and 10 (Dkt. No. 137) are GRANTED.

9. DJI's Motions *in Limine* #4-7 and 9 have been resolved by stipulation, and are therefore MOOT.

SIGNED this 25th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE