# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **DAEDALUS BLUE LLC,**<br>    *Plaintiff,*<br><br>v.<br><br>**SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE B.V.,**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§  Case No. 6-20-cv-00073-ADA<br>§<br>§<br>§<br>§ |

### REFERRAL ORDER TO MAGISTRATE JUDGE GILLILAND

It is hereby **ORDERED** that this case is referred to United States Magistrate Judge Derek T. Gilliland for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A) and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**SIGNED** this 29th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE