IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Daedalus Blue LLC,<br><br>Plaintiff,<br><br>v.<br><br>SZ DJI Technology Co., Ltd., and DJI Europe B.V.,<br><br>Defendant. | Case No. 6:20-cv-00073-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the time for the Plaintiff to respond to Defendants' Motion for Summary Judgment is hereby extended from May 11, 2022 to and including May 18, 2022.

Dated: May 9, 2022

Respectfully submitted,

| | |
|---|---|
| */s/William W. Flachsbart* | */s/ Benjamin R. Schlesinger* |
| William Flachsbart (admitted *pro hac vice*) | Benjamin R. Schlesinger (*pro hac vice*) |
| Robert P. Greenspoon (admitted *pro hac vice*) | Benjamin A. Saidman (*pro hac vice*) |
| Dunlap Bennett & Ludwig PLLC | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 333 N. Michigan Ave., Suite 2700 | 271 17th St. NW, Suite 1400 |
| Chicago, IL 60601 | Atlanta, GA 30363-6209 |
| Telephone: (312) 551-9500 | benjamin.schlesinger@finnegan.com |
| Fax: (312) 551-9501 | benjamin.saidman@finnegan.com |
| rgreenspoon@dbllawyers.com | |
| wflachsbart@dbllawyers.com | |

1

Charles E. Cantine (*pro hac vice*)
Dunlap Bennett & Ludwig PLLC
349 5th Avenue
New York, NY 10016
Telephone: (917) 768-0613
Fax: (703) 777-3656
ccantine@dbllawyers.com

Raymond Jones (*pro hac vice*)
Dunlap Bennett & Ludwig PLLC
211 Church Street SE
Leesburg, VA 20175
(703) 777-7319
Fax: (855) 226-8791
rjones@dblawyers.com

Brian Medich (*pro hac vice*)
Dunlap Bennett & Ludwig PLLC
1200 G Street NW
Suite 800
Washington, DC 20005
Phone: (202) 316-8558
Fax: 703-777-3656
bmedich@dbllawyers.com

David Ludwig
Thomas M. Dunlap
Dunlap Bennett & Ludwig PLLC
8300 Boone Blvd., Suite 550
Vienna, VA 22182
703-442-3890
Fax: 703-777-3656
dludwig@dbllawyers.com
tdunlap@dblawyers.com

Erick Robinson (TX Bar No. 24039142)
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, TX 77002
Telephone: (713) 226-6615
Mobile: (713) 498-6047
Fax: (713) 583-9737
erobinson@porterhedges.com

*Attorneys for Plaintiff Daedalus Blue LLC*

Qingyu Yin (*pro hac vice*)
J. Michael Jakes (*pro hac vice*)
Matthew N. Amrit (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
qingyu.yin@finnegan.com
mike.jakes@finnegan.com
matt.amrit@finnegan.com

Jacob A. Schroeder (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Stanford Research Park, 3300 Hillview Avenue
2nd Floor
Palo Alto, CA 94304
jacob.schroeder@finnegan.com

Luke H. MacDonald (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
luke.macdonald@finnegan.com

Kevin D. Collins
Texas State Bar No. 24050438
Michael Chibib
Texas State Bar No. 00793497
BRACEWELL LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701-4061
(512) 494-3640 Telephone
(800) 404-3970 Facsimile
kevin.collins@bracewell.com
michael.chibib@bracewell.com

*Attorneys for Defendants SZ DJI Technology Co., Ltd. and DJI Europe B.V.*

## **CERTIFICATE OF SERVICE**

This is to certify that on May 9, 2022, all counsel of record were served with the foregoing pleading pursuant to the Federal Rules of Civil Procedure.

*/s/ William W. Flachsbart*
William W. Flachsbart
*Attorney for Daedalus Blue LLC*